AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Jeffrey Dimmig USAO 26-003)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America <br> v. <br><br> Carlos Rivera-Smith <br><br> *Defendant(s)* | ) ) ) ) Case No. 26-mj-68 ) ) ) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 30, 2024** in the county of **Berks** in the **Eastern** District of **Pennsylvania**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) and (e) | Manufacture and attempted manufacture of child pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Joseph Snell
*Complainant's signature*

Joseph Snell HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:

City and state: Allentown PA

PAMELA A. CARLOS
Digitally signed by PAMELA A. CARLOS
Date: 2026.01.13 12:41:31 -05'00'
*Judge's signature*

Hon. Pamela A. Carlos, U.S. Magistrate Judge
*Printed name and title*